UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, et. al., | NO. CIV.S-09-3296 FCD EFB |
| Plaintiffs, | |
| v. | <u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u> |
| TEN FORWARD DINING, INC., et. al., | |
| Defendants. | |

----oo0oo----

1. The hearing on Counter-Defendants' Motion to Dismiss Counter-Claim (Docket #25) is continued to May 21, 2010, at 10:00 a.m. Counter-Claimants' shall file and serve its opposition brief or notice of non-opposition no later than May 7, 2010. The counter-defendants' may file and serve a reply on or before May 14, 2010.

2. Counter-Claimants' counsel is ordered to show cause why she should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to counter-

defendants' motion in compliance with Local Rule 230(c).

3.   Counter-Claimants' counsel shall file her response to the order to show cause on or before May 7, 2010.

4.   A hearing on the order to show cause, if necessary, will follow the hearing on the Motion.

IT IS SO ORDERED.

DATED: March 29, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE