UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GENERAL ELECTRIC CAPITAL
CORPORATION, et al.,

          Plaintiffs,

    v.

TEN FORWARD DINING, INC., et
al.,

          Defendants.

_____/

And Related Counter-Claims
_____/

Civ. No. S-09-3296 FCD/EFB

ORDER

----oo0oo----

    This matter is before the court on the motions of counter-defendants General Electric Capital Corporation, CEF Funding II, LLC, and CEF Funding V, LLC to dismiss counter-claimants' Ten Forward Dining, Inc., Delightful Dining, Inc., TGIA Restaurants, Inc., Kobra Restaurant Properties, LLC, and Abdolghassem Alizadeh's counterclaim pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6).  On May 3, 2010, counter-claimants

1

1  filed a statement of non-opposition to the motion to dismiss

2  (Docket #44.)  Accordingly, counter-defendants' motion to dismiss

3  is GRANTED.

4       IT IS SO ORDERED.

5  DATED: May 7, 2010

6                                    _____

7                                    FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28