J. David Bournazian (State Bar No.: 186194)
**KUTAK ROCK LLP**
Suite 1100
18201 Von Karman
Irvine, CA 92612
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
Attorneys for Plaintiffs
GENERAL ELECTRIC CAPITAL CORPORATION, CEF FUNDING II, L.L.C. and CEF FUNDING V, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION; CEF FUNDING II, L.L.C. and CEF FUNDING V, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TEN FORWARD DINING, INC.; DELIGHTFUL DINING, INC.; TGIA RESTAURANTS, INC.; KOBRA RESTAURANT PROPERTIES, L.L.C.; ABOLGHASSEM ALIZADEH; THE MECHANICS BANK; EQUITY LENDERS, LLC; APEX PROPERTY ADVISORS INC.; KEY REAL ESTATE EQUITY CAPITAL, INC.; COUNTY OF SACRAMENTO DEPARTMENT OF PUBLIC WORKS ADMINISTRATION; STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; UNITED STATES OF AMERICA; CITY OF CITRUS HEIGHTS; CITY OF ELK GROVE; CITY OF REDDING; CITY OF GRASS VALLEY; COUNTY OF PLACER; COUNTY OF SACRAMENTO; COUNTY OF SHASTA; COUNTY OF NEVADA, and DOES 1 – 100, INCLUSIVE, <br><br> Defendants. | Case No.  2:09-cv-03296-FCD-EFB <br><br> Assigned to Judge: <br> Hon. Frank C. Damrell, Jr. <br><br> Assigned to Magistrate: <br> Hon. Edmund F. Brennan <br><br> **STIPULATION TO DISMISS, WITHOUT PREJUDICE, DEFENDANT KEY REAL ESTATE EQUITY CAPITAL, INC.; ORDER** <br><br> Complaint Filed on: Nov. 25, 2009 |

Plaintiffs General Electric Capital Corporation; CEF Funding II, L.L.C. and CEF Funding V, LLC ("Plaintiffs"), on the one hand, and Defendant Key Real Estate Equity Capital, Inc. ("KREEC"), on the other hand, (collectively Plaintiffs and KREEC are referred to as, the "Parties") by and through their respective attorneys of record, HERBY STIPULATE AND AGREE UPON THE FOLLOWING:

1. On November 25, 2009, Plaintiffs initiated this lawsuit by filing a Complaint for Damages and Injunctive Relief ("Complaint") against various defendants, including KREEC. In the Complaint, Plaintiffs allege that KREEC may have or asserts an interest in the real and personal properties at issue in this lawsuit.

2. Based on information currently available to Plaintiffs, it appears KREEC is not a proper party to this lawsuit. KREEC represents and warrants that it has assigned any and all of its interests in the real and personal properties at issue in this lawsuit pursuant to an assignment of judgment ("Assignment") entered in the Placer County Superior Court case entitled, *Key Real Estate Equity Capital, Inc. v. Kobra Properties, et al.*, Case No. SCV22771. As such, Plaintiffs have agreed to dismiss, without prejudice, KREEC from this lawsuit.

3. In exchange for the dismissal, without prejudice, KREEC has agreed to a waiver of all fees and costs against Plaintiffs and not seek any action relating thereto.

///
///
///
///
///
///
///

4. If the Assignment proves to be incorrect or KREEC needs to be involved in this lawsuit for any other reason, then KREEC will agree that it can be brought back in as a party without prejudice to Plaintiffs and without argument by KREEC.

SO STIPULATED AND AGREED:

Dated: May 31, 2011                    KUTAK ROCK LLP


                                       By:  /s/ *J. David Bournazian*
                                            J. David Bournazian
                                            Attorneys for Plaintiffs
                                            GENERAL ELECTRIC CAPITAL
                                            CORPORATION, CEF FUNDING II,
                                            L.L.C. and CEF FUNDING V, LLC


Dated: May ____, 2011                  PROCOPIO, CORY, HARGREAVES &
                                       SAVITCH LLP


                                       By:  /s/
                                            Gerald P. Kennedy
                                            Attorneys for Defendant
                                            KEY REAL ESTATE EQUITY
                                            CAPITAL, INC.

## ORDER

**IT IS SO ORDERED.**

Dated: June 2, 2011                    _____
                                       FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT KEY REAL ESTATE EQUITY CAPITAL, INC.; ORDER

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE