1 | J. David Bournazian (State Bar No.: 186194)
**KUTAK ROCK LLP**
Suite 1100
18201 Von Karman
Irvine, CA 92612
Telephone: (949) 417-0999
Facsimile: (949) 417-5394

Attorneys for Plaintiffs
GENERAL ELECTRIC CAPITAL CORPORATION, CEF FUNDING II, L.L.C. and CEF FUNDING V, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION; CEF FUNDING II, L.L.C. and CEF FUNDING V, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TEN FORWARD DINING, INC.; DELIGHTFUL DINING, INC.; TGIA RESTAURANTS, INC.; KOBRA RESTAURANT PROPERTIES, L.L.C.; ABOLGHASSEM ALIZADEH; THE MECHANICS BANK; EQUITY LENDERS, LLC; APEX PROPERTY ADVISORS INC.; KEY REAL ESTATE EQUITY CAPITAL, INC.; COUNTY OF SACRAMENTO DEPARTMENT OF PUBLIC WORKS ADMINISTRATION; STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; UNITED STATES OF AMERICA; CITY OF CITRUS HEIGHTS; CITY OF ELK GROVE; CITY OF REDDING; CITY OF GRASS VALLEY; COUNTY OF PLACER; COUNTY OF SACRAMENTO; COUNTY OF SHASTA; COUNTY OF NEVADA, and DOES 1 – 100, INCLUSIVE,<br><br>Defendants. | Case No. 2:09-cv-03296-FCD-EFB<br><br>Assigned to Judge:<br>Hon. Frank C. Damrell, Jr.<br><br>Assigned to Magistrate:<br>Hon. Edmund F. Brennan<br><br>**STIPULATION FOR DISMISSAL (WITHOUT PREJUDICE) OF DEFENDANT COUNTY OF PLACER; ORDER**<br><br>Complaint Filed on: Nov. 25, 2009 |

Plaintiffs General Electric Capital Corporation ("GECC"); CEF Funding II, L.L.C. ("CEF II") and CEF Funding V, LLC ("CEF V," and collectively with CEF II and GECC, "Plaintiffs"), on the one hand, and Defendant County of Placer ("Defendant"; Defendant and Plaintiffs, collectively, the "Parties"), by and through their respective attorneys of record, HERBY STIPULATE AND AGREE UPON THE FOLLOWING:

1.   On November 25, 2009, Plaintiffs initiated this lawsuit by filing a Complaint for Damages and Injunctive Relief ("Complaint") against various defendants, including Defendant. In the Complaint, Plaintiffs allege that Defendant may have or asserts an interest in the real and personal properties at issue in this lawsuit.

2.   Plaintiffs have released their mortgage liens on and security interests in the 19373 Kobra Properties (as defined in the Complaint) and, accordingly, have agreed to dismiss, without prejudice, Defendant from this lawsuit.

3.   In exchange for the foregoing dismissal, without prejudice, Defendant has agreed to a waiver of all fees and costs against Plaintiffs and to not seek any action relating thereto.

4846-9649-7674.1                                                                2:09-cv-03296-FCD-EFB
STIPULATION FOR DISMISSAL (WITHOUT PREJUDICE) OF DEFENDANT COUNTY OF PLACER; ORDER

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

SO STIPULATED AND AGREED:

Dated: September 2, 2011        KUTAK ROCK LLP


By: /s/ *J. David Bournazian*
    J. David Bournazian
    Attorneys for Plaintiffs
    GENERAL ELECTRIC CAPITAL
    CORPORATION, CEF FUNDING II,
    L.L.C. and CEF FUNDING V, LLC


October 3, 2011
Dated: ~~September ____, 2011~~        PLACER COUNTY COUNSEL


By: /s/ *Mark W. Rathe*
    Mark W. Rathe
    Attorney for Defendant
    COUNTY OF PLACER


By: /s/ *Ken Brown*
    Ken Brown, Liability Manager
    PLACER COUNTY


**ORDER**

**IT IS SO ORDERED.**

**Dated: October 31, 2011**

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

4846-9649-7674.1                           - 3 -                           2:09-cv-03296-FCD-EFB
STIPULATION FOR DISMISSAL (WITHOUT PREJUDICE) OF DEFENDANT COUNTY OF PLACER; ORDER

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE