| | |
|---|---|
| 1 | J. David Bournazian (State Bar No.: 186194) |
| 2 | **KUTAK ROCK LLP**<br>Suite 1100 |
| 3 | 18201 Von Karman<br>Irvine, CA 92612 |
| 4 | Telephone:  (949) 417-0999<br>Facsimile:    (949) 417-5394 |
| 5 | Attorneys for Plaintiffs |
| 6 | GENERAL ELECTRIC CAPITAL<br>CORPORATION, CEF FUNDING II, L.L.C. |
| 7 | and CEF FUNDING V, LLC |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION; CEF FUNDING II, L.L.C. and CEF FUNDING V, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TEN FORWARD DINING, INC.; DELIGHTFUL DINING, INC.; TGIA RESTAURANTS, INC.; KOBRA RESTAURANT PROPERTIES, L.L.C.; ABOLGHASSEM ALIZADEH; THE MECHANICS BANK; EQUITY LENDERS, LLC; APEX PROPERTY ADVISORS INC.; KEY REAL ESTATE EQUITY CAPITAL, INC.; COUNTY OF SACRAMENTO DEPARTMENT OF PUBLIC WORKS ADMINISTRATION; STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; UNITED STATES OF AMERICA; CITY OF CITRUS HEIGHTS; CITY OF ELK GROVE; CITY OF REDDING; CITY OF GRASS VALLEY; COUNTY OF PLACER; COUNTY OF SACRAMENTO; COUNTY OF SHASTA; COUNTY OF NEVADA, and DOES 1 – 100, INCLUSIVE,<br><br>Defendants. | Case No.  2:09-cv-03296-FCD-EFB<br><br>Assigned to Judge:<br>Hon. Frank C. Damrell, Jr.<br><br>Assigned to Magistrate:<br>Hon. Edmund F. Brennan<br><br>**STIPULATION FOR DISMISSAL (WITHOUT PREJUDICE) OF DEFENDANT CITY OF ELK GROVE; ORDER**<br><br>Complaint Filed on:  Nov. 25, 2009 |

1  Plaintiffs General Electric Capital Corporation ("GECC"); CEF Funding II, L.L.C. ("CEF II") and CEF Funding V, LLC ("CEF V," and collectively with CEF II and GECC, "Plaintiffs"), on the one hand, and Defendant City of Elk Grove ("Defendant"; Defendant and Plaintiffs, collectively, the "Parties"), by and through their respective attorneys of record, HERBY STIPULATE AND AGREE UPON THE FOLLOWING:

1. On November 25, 2009, Plaintiffs initiated this lawsuit by filing a Complaint for Damages and Injunctive Relief ("Complaint") against various defendants, including Defendant. In the Complaint, Plaintiffs allege that Defendant may have or asserts an interest in the real and personal properties at issue in this lawsuit.

2. Plaintiffs have released their mortgage liens on and security interests in the 19373 Kobra Properties (as defined in the Complaint) and, accordingly, have agreed to dismiss, without prejudice, Defendant from this lawsuit.

3. In exchange for the foregoing dismissal, without prejudice, Defendant has agreed to a waiver of all fees and costs against Plaintiffs and to not seek any action relating thereto.

4839-7442-2026.1                                           2:09-cv-03296-FCD-EFB
STIPULATION FOR DISMISSAL (WITHOUT PREJUDICE) OF DEFENDANT CITY OF ELK GROVE; ORDER

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

SO STIPULATED AND AGREED:

Dated: September 2, 2011        KUTAK ROCK LLP


                                By:  /s/ *J. David Bournazian*
                                    J. David Bournazian
                                    Attorneys for Plaintiffs
                                    GENERAL ELECTRIC CAPITAL
                                    CORPORATION, CEF FUNDING II,
                                    L.L.C. and CEF FUNDING V, LLC


Dated: September 2, 2011        [CITY ATTORNEY FOR CITY OF ELK GROVE]


                                By:  /s/ *Susan E. Kennedy*
                                    Suzanne E. Kennedy
                                    Deputy City Attorney for Defendant
                                    CITY OF ELK GROVE


## ORDER

**IT IS SO ORDERED.**

**Dated: October 31, 2011**

                                _____
                                FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE