1  J. David Bournazian (State Bar No.: 186194)
2  **KUTAK ROCK LLP**
   Suite 1100
3  18201 Von Karman
   Irvine, CA 92612
4  Telephone:  (949) 417-0999
   Facsimile:   (949) 417-5394
5  Attorneys for Plaintiffs
6  GENERAL ELECTRIC CAPITAL
   CORPORATION, CEF FUNDING II, L.L.C.
7  and CEF FUNDING V, LLC

8              UNITED STATES DISTRICT COURT
9
        FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO
10

11 | GENERAL ELECTRIC CAPITAL | Case No.  2:09-cv-03296-FCD-EFB |
   | CORPORATION; CEF FUNDING II, | |
12 | L.L.C. and CEF FUNDING V, LLC, | Assigned to Judge: |
   | | Hon. Frank C. Damrell, Jr. |
13 | Plaintiffs, | |
   | | Assigned to Magistrate: |
14 | v. | Hon. Edmund F. Brennan |
15 | TEN FORWARD DINING, INC.; | |
   | DELIGHTFUL DINING, INC.; TGIA | **STIPULATION REGARDING** |
16 | RESTAURANTS, INC.; KOBRA | **PRIORITY AND DISMISSAL** |
   | RESTAURANT PROPERTIES, L.L.C.; | **(WITHOUT PREJUDICE)** |
17 | ABOLGHASSEM ALIZADEH; THE | **AMONG PLAINTIFFS AND** |
   | MECHANICS BANK; EQUITY | **DEFENDANTS COUNTY OF** |
18 | LENDERS, LLC; APEX PROPERTY | **SACRAMENTO, COUNTY OF** |
   | ADVISORS INC.; KEY REAL ESTATE | **NEVADA AND COUNTY OF** |
19 | EQUITY CAPITAL, INC.; COUNTY | **SHASTA; ORDER** |
   | OF SACRAMENTO DEPARTMENT | |
20 | OF PUBLIC WORKS | |
   | ADMINISTRATION; STATE OF | Complaint Filed on:  Nov. 25, 2009 |
21 | CALIFORNIA EMPLOYMENT | |
   | DEVELOPMENT DEPARTMENT; | |
22 | UNITED STATES OF AMERICA; | |
   | CITY OF CITRUS HEIGHTS; CITY OF | |
23 | ELK GROVE; CITY OF REDDING; | |
   | CITY OF GRASS VALLEY; COUNTY | |
24 | OF PLACER; COUNTY OF | |
   | SACRAMENTO; COUNTY OF | |
25 | SHASTA; COUNTY OF NEVADA, and | |
   | DOES 1 – 100, INCLUSIVE, | |
26 | | |
27 | Defendants. | |

28 4812-7912-2442.1                                        2:09-cv-03296-FCD-EFB

STIPULATION REGARDING PRIORITY AND DISMISSAL (WITHOUT PREJUDICE);
ORDER

1    Plaintiffs General Electric Capital Corporation ("GECC"); CEF Funding II,

2    L.L.C. ("CEF II") and CEF Funding V, LLC ("CEF V," and collectively with CEF

3    II and GECC, "Plaintiffs"), on the one hand, and Defendants County of Sacramento

4    Department of Public Works and County of Sacramento ("Sacramento County"),

5    County of Nevada ("Nevada County") and County of Shasta ("Shasta County," and

6    collectively with Sacramento County and Nevada County, "Defendants";

7    Defendants and Plaintiffs, collectively, the "Parties"), by and through their

8    respective attorneys of record, HERBY ENTER INTO THE FOLLOWING

9    STIPULATION REGARDING PRIORITY AND DISMISSAL (WITHOUT

10   PREJUDICE) AMONG PLAINTIFFS AND DEFENDANTS COUNTY OF

11   SACRAMENTO, COUNTY OF NEVADA AND COUNTY OF SHASTA

12   ("Stipulation") AND AGREE UPON THE FOLLOWING:

13    1.    On November 25, 2009, Plaintiffs initiated this lawsuit by filing a

14   Complaint for Damages and Injunctive Relief ("Complaint") against various

15   defendants, including Defendants.  In the Complaint, Plaintiffs allege that

16   Defendants may have or asserts an interest in the real and personal properties at

17   issue in this lawsuit.

18    2.    Plaintiffs have released their mortgage liens on and security interests

19   in the 19373 Kobra Properties (as defined in the Complaint) and, accordingly, have

20   agreed to dismiss, without prejudice, Sacramento County Department of Public

21   Works and Sacramento County from this lawsuit.

22    3.    In exchange for the foregoing dismissal, without prejudice,

23   Sacramento County has agreed to a waiver of all fees and costs against Plaintiffs

24   and to not seek any action relating thereto.

25    4.    Plaintiffs, Nevada County and Shasta County wish to stipulate as to

26   their respective liens on the 11726 Kobra Property and the 11794 Kobra Property

27

28

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4812-7912-2442.1                                          2:09-cv-03296-FCD-EFB

STIPULATION REGARDING PRIORITY AND DISMISSAL (WITHOUT PREJUDICE);
ORDER

(each as defined in the Complaint), as follows:

      (a)     the lien of Shasta County on the 11726 Kobra Property for real property taxes and assessments with respect to the 11726 Kobra Property is senior in priority to CEF V's mortgage lien on the 11726 Kobra Property under the 11726 Kobra Deed of Trust; and

      (b)     the lien of Nevada County on the 11794 Kobra Property for real property taxes and assessments with respect to the 11794 Kobra Property is senior in priority to CEF V's mortgage lien on the 11794 Kobra Property under the 11794 Kobra Deed of Trust.

5.     In exchange for the foregoing dismissal, without prejudice, Shasta County and Nevada County have agreed to a waiver of all fees and costs against Plaintiffs and to not seek any action relating thereto.

6.     It is further understood and agreed that this Stipulation may be executed in separate counterparts, including facsimile signatures, each of which shall be considered an original but all of which shall constitute one agreement.

7.     The parties hereto further agree to execute any further and additional documents, and undertake such further acts, as shall be reasonable, convenient, necessary or desirable to carry out the provisions of this Stipulation and the parties further agree to cooperate with each other to effectuate the intent of this agreement.

8.     All prior and contemporaneous conversations, negotiations or agreements, representations and covenants concerning settlement are superseded by this Stipulation.  This is a fully integrated document.

9.     The parties enter into the foregoing stipulation with the understanding and intention to be bound by the obligations set forth in this agreement and warrant and represent that the individuals executing this agreement have the full right, power and authority to settle and compromise the matters referenced herein.

STIPULATION REGARDING PRIORITY AND DISMISSAL (WITHOUT PREJUDICE); ORDER

10.     The parties acknowledge that this Stipulation has been reviewed by their respective counsel and it has been approved as to form.  They further agree that this agreement is to be construed and interpreted without regard to the identity of the party drafting this Stipulation.

11.     If any term or provision of this Stipulation, or the application thereof, to any persons, parties or circumstances shall, to any extent, be held invalid or unenforceable, the remainder of this Stipulation or application of such term or provision to persons, parties or circumstances other than those as to which it is held invalid or unenforceable, shall not be affected thereby, and each such term or provision of this Stipulation shall be valid and enforced to the fullest extent permitted by law.

12.     The rights and obligations of the parties pursuant to this Stipulation shall inure to and be binding upon each of the parties hereto and each of their respective successors and assigns.

SO STIPULATED AND AGREED:

Dated:  September  2 , 2011          KUTAK ROCK LLP


                                                            By:   /s/ *J. David Bournazian*
                                                                J. David Bournazian
                                                                Attorneys for Plaintiffs
                                                                GENERAL ELECTRIC CAPITAL
                                                                CORPORATION, CEF FUNDING II,
                                                                L.L.C. and CEF FUNDING V, LLC

STIPULATION REGARDING PRIORITY AND DISMISSAL (WITHOUT PREJUDICE); ORDER

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

Dated:  October  12 , 2011         ROBERT A. RYAN, JR., County Counsel
SACRAMENTO, CALIFORNIA


By:  /s/ *Diane E. McElhern*
    Diane E. McElhern, Deputy
    Attorneys for Defendants
    COUNTY OF SACRAMENTO,
    DEPARTMENT OF PUBLIC WORKS
    and COUNTY OF SACRAMENTO

      (*JR*) October
Dated:  ~~September~~  28 , 2011     RUBIN E. CRUSE, JR., County Counsel
REDDING, CALIFORNIA


By:  /s/ *James R. Ross*
    James R. Ross,
    Assistant County Counsel
    Attorneys for Defendants
    COUNTY OF SHASTA

Dated:  September  7 , 2011      MICHAEL JAMISON, County Counsel
NEVADA CITY, CALIFORNIA


By:  /s/ *Michael Jamison*
    Michael Jamison, County Counsel
    Attorneys for Defendants
    COUNTY OF NEVADA

## ORDER

**IT IS SO ORDERED.**

**Dated:  October 31, 2011**

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING PRIORITY AND DISMISSAL (WITHOUT PREJUDICE);
ORDER

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE