J. David Bournazian (State Bar No.: 186194)
**KUTAK ROCK LLP**
Suite 1100
18201 Von Karman
Irvine, CA 92612
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
Attorneys for Plaintiffs
GENERAL ELECTRIC CAPITAL CORPORATION, CEF FUNDING II, L.L.C. and CEF FUNDING V, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION; CEF FUNDING II, L.L.C. and CEF FUNDING V, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TEN FORWARD DINING, INC.; DELIGHTFUL DINING, INC.; TGIA RESTAURANTS, INC.; KOBRA RESTAURANT PROPERTIES, L.L.C.; ABOLGHASSEM ALIZADEH; THE MECHANICS BANK; EQUITY LENDERS, LLC; APEX PROPERTY ADVISORS INC.; KEY REAL ESTATE EQUITY CAPITAL, INC.; COUNTY OF SACRAMENTO DEPARTMENT OF PUBLIC WORKS ADMINISTRATION; STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; UNITED STATES OF AMERICA; CITY OF CITRUS HEIGHTS; CITY OF ELK GROVE; CITY OF REDDING; CITY OF GRASS VALLEY; COUNTY OF PLACER; COUNTY OF SACRAMENTO; COUNTY OF SHASTA; COUNTY OF NEVADA, and DOES 1 – 100, INCLUSIVE,<br><br>Defendants. | Case No. 2:09-cv-03296-FCD-EFB<br><br>Assigned to Judge:<br>Hon. Frank C. Damrell, Jr.<br><br>Assigned to Magistrate:<br>Hon. Edmund F. Brennan<br><br>**STIPULATION REGARDING PRIORITY AND DISMISSAL (WITHOUT PREJUDICE) AMONG PLAINTIFFS AND DEFENDANTS COUNTY OF SACRAMENTO, COUNTY OF NEVADA AND COUNTY OF SHASTA; ORDER**<br><br>Complaint Filed on: Nov. 25, 2009 |

4812-7912-2442.1                                                          2:09-cv-03296-FCD-EFB

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

STIPULATION REGARDING PRIORITY AND DISMISSAL (WITHOUT PREJUDICE);
ORDER

Plaintiffs General Electric Capital Corporation ("GECC"); CEF Funding II, L.L.C. ("CEF II") and CEF Funding V, LLC ("CEF V," and collectively with CEF II and GECC, "Plaintiffs"), on the one hand, and Defendants County of Sacramento Department of Public Works and County of Sacramento ("Sacramento County"), County of Nevada ("Nevada County") and County of Shasta ("Shasta County," and collectively with Sacramento County and Nevada County, "Defendants"; Defendants and Plaintiffs, collectively, the "Parties"), by and through their respective attorneys of record, HERBY ENTER INTO THE FOLLOWING STIPULATION REGARDING PRIORITY AND DISMISSAL (WITHOUT PREJUDICE) AMONG PLAINTIFFS AND DEFENDANTS COUNTY OF SACRAMENTO, COUNTY OF NEVADA AND COUNTY OF SHASTA ("Stipulation") AND AGREE UPON THE FOLLOWING:

1. On November 25, 2009, Plaintiffs initiated this lawsuit by filing a Complaint for Damages and Injunctive Relief ("Complaint") against various defendants, including Defendants. In the Complaint, Plaintiffs allege that Defendants may have or asserts an interest in the real and personal properties at issue in this lawsuit.

2. Plaintiffs have released their mortgage liens on and security interests in the 19373 Kobra Properties (as defined in the Complaint) and, accordingly, have agreed to dismiss, without prejudice, Sacramento County Department of Public Works and Sacramento County from this lawsuit.

3. In exchange for the foregoing dismissal, without prejudice, Sacramento County has agreed to a waiver of all fees and costs against Plaintiffs and to not seek any action relating thereto.

4. Plaintiffs, Nevada County and Shasta County wish to stipulate as to their respective liens on the 11726 Kobra Property and the 11794 Kobra Property

(each as defined in the Complaint), as follows:

  (a) the lien of Shasta County on the 11726 Kobra Property for real property taxes and assessments with respect to the 11726 Kobra Property is senior in priority to CEF V's mortgage lien on the 11726 Kobra Property under the 11726 Kobra Deed of Trust; and

  (b) the lien of Nevada County on the 11794 Kobra Property for real property taxes and assessments with respect to the 11794 Kobra Property is senior in priority to CEF V's mortgage lien on the 11794 Kobra Property under the 11794 Kobra Deed of Trust.

5. In exchange for the foregoing dismissal, without prejudice, Shasta County and Nevada County have agreed to a waiver of all fees and costs against Plaintiffs and to not seek any action relating thereto.

6. It is further understood and agreed that this Stipulation may be executed in separate counterparts, including facsimile signatures, each of which shall be considered an original but all of which shall constitute one agreement.

7. The parties hereto further agree to execute any further and additional documents, and undertake such further acts, as shall be reasonable, convenient, necessary or desirable to carry out the provisions of this Stipulation and the parties further agree to cooperate with each other to effectuate the intent of this agreement.

8. All prior and contemporaneous conversations, negotiations or agreements, representations and covenants concerning settlement are superseded by this Stipulation. This is a fully integrated document.

9. The parties enter into the foregoing stipulation with the understanding and intention to be bound by the obligations set forth in this agreement and warrant and represent that the individuals executing this agreement have the full right, power and authority to settle and compromise the matters referenced herein.

4812-7912-2442.1 - 3 - 2:09-cv-03296-FCD-EFB
STIPULATION REGARDING PRIORITY AND DISMISSAL (WITHOUT PREJUDICE); ORDER

Kutak Rock LLP
Attorneys At Law
Irvine

10. The parties acknowledge that this Stipulation has been reviewed by their respective counsel and it has been approved as to form. They further agree that this agreement is to be construed and interpreted without regard to the identity of the party drafting this Stipulation.

11. If any term or provision of this Stipulation, or the application thereof, to any persons, parties or circumstances shall, to any extent, be held invalid or unenforceable, the remainder of this Stipulation or application of such term or provision to persons, parties or circumstances other than those as to which it is held invalid or unenforceable, shall not be affected thereby, and each such term or provision of this Stipulation shall be valid and enforced to the fullest extent permitted by law.

12. The rights and obligations of the parties pursuant to this Stipulation shall inure to and be binding upon each of the parties hereto and each of their respective successors and assigns.

SO STIPULATED AND AGREED:

Dated:  September  2 , 2011          KUTAK ROCK LLP


By:  /s/ *J. David Bournazian*
    J. David Bournazian
    Attorneys for Plaintiffs
    GENERAL ELECTRIC CAPITAL
    CORPORATION, CEF FUNDING II,
    L.L.C. and CEF FUNDING V, LLC

| | |
|---|---|
| Dated: October  12 , 2011 | ROBERT A. RYAN, JR., County Counsel<br>SACRAMENTO, CALIFORNIA |
| | By:  /s/ *Diane E. McElhern*<br>    Diane E. McElhern, Deputy<br>    Attorneys for Defendants<br>    COUNTY OF SACRAMENTO,<br>    DEPARTMENT OF PUBLIC WORKS<br>    and COUNTY OF SACRAMENTO |
| (*JR*) October<br>Dated: ~~September~~   28 , 2011 | RUBIN E. CRUSE, JR., County Counsel<br>REDDING, CALIFORNIA |
| | By:   /s/ *James R. Ross*<br>    James R. Ross,<br>    Assistant County Counsel<br>    Attorneys for Defendants<br>    COUNTY OF SHASTA |
| Dated: September  7 , 2011 | MICHAEL JAMISON, County Counsel<br>NEVADA CITY, CALIFORNIA |
| | By:   /s/ *Michael Jamison*<br>    Michael Jamison, County Counsel<br>    Attorneys for Defendants<br>    COUNTY OF NEVADA |

**ORDER**

**IT IS SO ORDERED.**

**Dated: October 31, 2011**

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

4812-7912-2442.1                              - 5 -                              2:09-cv-03296-FCD-EFB
STIPULATION REGARDING PRIORITY AND DISMISSAL (WITHOUT PREJUDICE);
ORDER

Kutak Rock LLP
Attorneys At Law
Irvine