J. David Bournazian (State Bar No.: 186194)
**KUTAK ROCK LLP**
Suite 1100
18201 Von Karman
Irvine, CA 92612
Telephone:  (949) 417-0999
Facsimile:   (949) 417-5394

Attorneys for Plaintiffs
GENERAL ELECTRIC CAPITAL CORPORATION, CEF FUNDING II, L.L.C. and CEF FUNDING V, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION; CEF FUNDING II, L.L.C. and CEF FUNDING V, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TEN FORWARD DINING, INC.; DELIGHTFUL DINING, INC.; TGIA RESTAURANTS, INC.; KOBRA RESTAURANT PROPERTIES, L.L.C.; ABOLGHASSEM ALIZADEH; THE MECHANICS BANK; EQUITY LENDERS, LLC; APEX PROPERTY ADVISORS INC.; KEY REAL ESTATE EQUITY CAPITAL, INC.; COUNTY OF SACRAMENTO DEPARTMENT OF PUBLIC WORKS ADMINISTRATION; STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; UNITED STATES OF AMERICA; CITY OF CITRUS HEIGHTS; CITY OF ELK GROVE; CITY OF REDDING; CITY OF GRASS VALLEY; COUNTY OF PLACER; COUNTY OF SACRAMENTO; COUNTY OF SHASTA; COUNTY OF NEVADA, and DOES 1 – 100, INCLUSIVE,<br><br>Defendants. | Case No.  2:09-cv-03296-FCD-EFB<br><br>Assigned to Judge:<br>Hon. John A. Mendez<br><br>Assigned to Magistrate:<br>Hon. Edmund F. Brennan<br><br>**STIPULATION REGARDING PRIORITY AMONG PLAINTIFFS AND DEFENDANT CITY OF REDDING; ORDER**<br><br>Complaint Filed on:  Nov. 25, 2009 |

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs General Electric Capital Corporation ("GECC"); CEF Funding II, L.L.C. ("CEF II") and CEF Funding V, LLC ("CEF V," and collectively with CEF II and GECC, "Plaintiffs"), on the one hand, and Defendant City of Redding ("Defendant"; Defendant and Plaintiffs, collectively, the "Parties"), by and through their respective attorneys of record, HERBY STIPULATE AND AGREE UPON THE FOLLOWING:

1. On November 25, 2009, Plaintiffs initiated this lawsuit by filing a Complaint for Damages and Injunctive Relief ("Complaint") against various defendants, including Defendant. In the Complaint, Plaintiffs allege that Defendant may have or asserts an interest in the real and personal properties at issue in this lawsuit.

2. The Parties wish to stipulate as to their respective liens on the 11794 Kobra Property (as defined in the Complaint), as follows:

> The lien of Defendant on the 11794 Kobra Property for real property taxes and assessments with respect to the 11794 Kobra Property is senior in priority to CEF V's mortgage lien on the 11794 Kobra Property under the 11794 Kobra Deed of Trust.

3. In exchange for the foregoing stipulation, Defendant has agreed to a waiver of all fees and costs against Plaintiffs and to not seek any action relating thereto.

PDF created with pdfFactory trial version www.pdffactory.com

SO STIPULATED AND AGREED:

Dated: November 3, 2011         KUTAK ROCK LLP

                                By:  /s/ *J. David Bournazian*
                                    J. David Bournazian
                                    Attorneys for Plaintiffs
                                    GENERAL ELECTRIC CAPITAL
                                    CORPORATION, CEF FUNDING II,
                                    L.L.C. and CEF FUNDING V, LLC


Dated: November 1, 2011         RICHARD A. DUBERNAY, CITY
                                ATTORNEY


                                By: s/ *Lynette M. Frediani* (w/ permission)
                                    Lynette M. Frediani, Assistant City
                                    Attorney
                                    Attorneys for Defendant
                                    CITY OF REDDING


## **ORDER**

**IT IS SO ORDERED.**

**Dated: _11/9/2011_____**
_____    **/s/ John A. Mendez**
                                **Hon. John A. Mendez**
                                **Judge of the United States District**
                                **Court, Eastern District of California**

PDF created with pdfFactory trial version www.pdffactory.com