Alison Gutierrez (Admitted Pro Hac Vice)
(Nebraska State Bar No. 24025)
**KUTAK ROCK LLP**
1650 Farnam Street
Omaha, Nebraska 68102
Telephone:   (402) 346-6000
Facsimile:   (402) 346-1148

J. David Bournazian (State Bar No.: 186194)
**KUTAK ROCK LLP**
Suite 1100
18201 Von Karman
Irvine, CA 92612
Telephone:   (949) 417-0999
Facsimile:   (949) 417-5394

Attorneys for Plaintiffs
GENERAL ELECTRIC CAPITAL
CORPORATION, CEF FUNDING II, L.L.C.
and CEF FUNDING V, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION; CEF FUNDING II, L.L.C. and CEF FUNDING V, LLC,<br><br>Plaintiffs,<br>v.<br><br>TEN FORWARD DINING, INC.; ET AL.<br><br>Defendants.<br><br>EQUITY LENDERS LLC,<br><br>Counter-Claimant,<br>v.<br><br>GENERAL ELECTRIC CAPITAL CORPORATION; ET AL.<br><br>Counter-Defendants. | Case No.  2:09-cv-03296 JAM EFB<br><br>Assigned to Judge:<br>Hon. John A. Mendez, Ctrm.: 6<br><br>Assigned to Magistrate:<br>Hon. Edmund F. Brennan, Ctrm.: 24<br><br>**STIPULATION FOR DISMISSAL OF EQUITY LENDERS LLC'S COUNTERCLAIMS AGAINST PLAINTIFFS AND ORDER**<br><br>Date:   May 16, 2012<br>Time:   9:30 a.m.<br>Ctrm.:   6<br><br>Complaint Filed on:  November 25, 2009 |

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4848-8016-6673.1                                                                             2:09-cv-03296-FCD-EFB
STIPULATION FOR DISMISSAL OF EQUITY LENDERS, LLC'S COUNTERCLAIMS AGAINST PLAINTIFFS

PDF created with pdfFactory trial version www.pdffactory.com

Consistent with the terms of an executed Settlement Agreement resolving this litigation, Plaintiffs/Counter-claim Defendants General Electric Capital Corporation; CEF Funding II, L.L.C. and CEF Funding V, LLC (collectively "Plaintiffs"), on the one hand, and Defendant/Counter-claimant Equity Lenders LLC ("Equity Lenders") on the other hand, by and through their respective attorneys of record, HEREBY STIPULATE AND AGREE that each of Equity Lenders' counter-claims against Plaintiffs set forth in its Amended and Supplemental Counterclaims filed on March 1, 2012 (Doc. No. 129) in the above-captioned action are hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2). Plaintiffs and Equity Lenders further stipulate and agree that each party shall bear its own costs.

SO STIPULATED AND AGREED:

Dated: September 21, 2012          KUTAK ROCK LLP


By:  /s/ *J. David Bournazian*
    J. David Bournazian
    Alison M. Gutierrez
    Attorneys for Plaintiffs/Counter-claim Defendants
    GENERAL ELECTRIC CAPITAL CORPORATION, CEF FUNDING II, L.L.C. and CEF FUNDING V, LLC


Dated: September 20, 2012          HOLLISTER LAW CORPORATION


By:  /s/ *George C. Hollister*
    George C. Hollister
    Attorney for Defendant/Counterclaimant
    EQUITY LENDERS LLC

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4848-8016-6673.1                    - 2 -                    2:09-cv-03296-FCD-EFB
STIPULATION FOR DISMISSAL OF EQUITY LENDERS, LLC'S COUNTERCLAIMS AGAINST PLAINTIFFS

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

**IT IS SO ORDERED.**

**Dated: __9/24/2012**              **/s/ John A. Mendez_____**
                                    **Hon. John A. Mendez,**
                                    **Judge of the United States District**
                                    **Court, Eastern District of California**

4848-8016-6673. 1                         - 3 -                    2:09-cv-03296-FCD-EFB
STIPULATION FOR DISMISSAL OF EQUITY LENDERS, LLC'S COUNTERCLAIMS AGAINST PLAINTIFFS

Kutak Rock LLP
Attorneys At Law
Irvine

PDF created with pdfFactory trial version www.pdffactory.com