WHEN RECORDED RETURN TO:

Saied Kashani, SBN 144805
800 West 1st Street Suite 400
Los Angeles, California  90012
tel. (213) 625 4320
saiedkashani@gmail.com

Attorney for Kobra Restaurant Properties LLC

**APN 107-210-052 SHASTA COUNTY**

**APN 035-310-010 NEVADA COUNTY**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION; CEF FUNDING II, L.L.C. and CEF FUNDING V, LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>TEN FORWARD DINING, INC.; DELIGHTFUL DINING, INC.; TGIA RESTAURANTS, INC.; KOBRA RESTAURANT PROPERTIES, L.L.C.; et al,<br><br>      Defendants. | Case No.  2:09-cv-03296 JAM EC<br><br>Assigned to Judge:<br>Hon. John A. Mendez, Ctrm 6<br><br>Assigned to Magistrate:<br>Hon. Allison Claire, Ctrm 26<br><br>**ORDER ON STIPULATION TO ALLOW REFINANCE AND PAYOFF OF GE LOAN** |

**ORDER**

This Court orders as follows:

1. Notwithstanding any provision of the "ORDER ON PLAINTIFF'S MOTION FOR APPOINTMENT OF A POST-JUDGMENT RECEIVER TO MANAGE, MAINTAIN AND SELL", Kobra Restaurant Properties is permitted to sign and execute appropriate applications, escrow instructions and other documents for the purpose of obtaining refinance loans so long as said refinance loans include full payoff of the existing loans in favor of General Electric Capital Corp. or its predecessors or successors on the properties in Redding and Grass Valley, California, said loans referred to as Loan No. 000428133 f/k/a 11726 and 000428148 f/k/a 11794.

2. Upon full payoff of Loan No. 000428133 f/k/a 11726 and 000428148 f/k/a 11794, "Collateral" as utilized in ORDER ON PLAINTIFF'S MOTION FOR APPOINTMENT OF A POST-JUDGMENT RECEIVER TO MANAGE, MAINTAIN AND SELL shall be deemed amended to delete and remove the following items in their entirety:

## EXHIBIT E

### (11726 Kobra Collateral)

All of Kobra's right, title and interest in and to (a) the 11726 Kobra Property (as specifically described below), together with all rights, privileges and appurtenances associated therewith and all buildings, fixtures and other improvements now or hereafter located thereon (whether or not affixed to such real estate); (b) all rents, issues, profits, royalties, income and other benefits derived from the 11726 Kobra Property and the 11726 Kobra Personal Property (as defined below); all leases or subleases covering the 11726 Kobra Property, the 11726 Kobra Personal Property or any portion thereof now or hereafter existing or entered into (collectively, "11726 Kobra Leases"), including, without limitation, all cash or security deposits, advance rentals and deposits or payments of similar nature and all

guaranties relating to the 11726 Kobra Leases; all options to purchase or lease the 11726 Kobra Property, the 11726 Kobra Personal Property or any portion thereof or interest therein, and any greater estate in the 11726 Kobra Property or the 11726 Kobra Personal Property; all interests, estate or other claims, both in law and in equity, with respect to the 11726 Kobra Property and the 11726 Kobra Personal Property; all easements, rights-of-way and rights used in connection therewith or as a means of access thereto, and all tenements, hereditaments and appurtenances thereof and thereto, and all water rights and shares of stock evidencing the same; all land lying within the right-of-way of any street, open or proposed, adjoining the 11726 Kobra Property and any and all sidewalks, alleys and strips and gores of land adjacent to or used in connection with the 11726 Kobra Property; (c) all tangible personal property now or at any time hereafter located on or at the 11726 Kobra Property or used in connection therewith, including, without limitation, all machinery, furniture, equipment and inventory (collectively, the "11726 Kobra Personal Property"); (d) all existing and future accounts, contract rights, including, without limitation, with respect to equipment leases, general intangibles, files, books of account, agreements, franchise, license and/or area development agreements, distributor agreements, indemnity agreements, permits, licenses and certificates necessary or desirable in connection with the acquisition, ownership, leasing, construction, operation, servicing or management of the 11726 Kobra Property and the 11726 Kobra Personal Property or any portion thereof, whether now existing or entered into or obtained after the date hereof, all existing and future names under or by which the 11726 Kobra Property or the 11726 Kobra Personal Property or any portion thereof may at any time be operated or known, all rights to carry on business under any such names or any variant thereof, and all existing and future telephone numbers and listings, advertising and marketing materials, trademarks and goodwill in any way relating to the 11726 Kobra Property or the 11726 Kobra Personal Property or any portion thereof; and (e) all the claims or demands with respect to the 11726 Kobra Property and the 11726 Kobra Personal Property or any portion thereof, including, without limitation, claims or demands with respect to the proceeds of insurance in effect with respect thereto, claims under any indemnity agreement, including, without limitation, any indemnity agreement executed for the benefit of the 11726 Kobra Property and the 11726 Kobra Personal Property or any portion thereof with respect to hazardous materials, and any and all awards made for the taking by eminent domain, or by any proceeding or purchase in lieu thereof, of the whole or any part of the 11726 Kobra Property or the 11726 Kobra Personal Property, including, without limitation, any awards resulting from a change of grade of streets and awards for severance damages.

The 11726 Kobra Property is specifically described as follows:

THE LAND DESCRIBED IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SHASTA, CITY OF REDDING AND IS A PORTION OF BLOCK C OTTONELLO SUBDIVISION AND THE EAST HALF OF THE NORTHEAST QUARTER OF SECTION 6, TOWNSHIP 31 NORTH, RANGE 4 WEST, M.D.M. & M, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHWEST CORNER OF LOT 4, BLOCK C AS SHOWN ON THE MAP ENTITLED THE OTTONELLO SUBDIVISION, FILED IN BOOK 6 OF MAPS AT PAGE 24, SHASTA COUNTY RECORDS;

THENCE SOUTH 88°48' EAST 13.00 FEET TO THE NORTHERLY RIGHT OF WAY OF HILLTOP AVENUE, ALSO BEING THE NORTHWESTERLY CORNER OF THE LAND DESCRIBED IN THE GRANT DEED TO KOBRA PROPERTIES, FILED IN BOOK 3298 OF OFFICIAL RECORDS AT PAGE 797, SHASTA COUNTY RECORDS, SAID POINT BEING THE TRUE POINT OF BEGINNING;

THENCE ALONG THE NORTHERLY LINE OF SAID LOT 4 SOUTH 88°48' EAST 137.00 FEET TO THE NORTHEAST CORNER OF SAID LOT 4; THENCE SOUTH 88°48' EAST 35.56 FEET TO THE NORTHWEST CORNER OF THE LAND DESCRIBED IN THE GRANT DEED TO BURGER KING CORPORATION, FILED IN BOOK 1360 OF OFFICIAL RECORDS AT PAGE 612, SHASTA COUNTY RECORDS; THENCE ALONG THE EAST LINE OF THE ABOVEMENTIONED LANDS SOUTH 00°20'00" WEST 169.71 FEET TO THE NORTH LINE OF THE RIGHT OF WAY OF CYPRESS AVENUE; THENCE WESTERLY ALONG SAID RIGHT OF WAY NORTH 89°40'00" WEST 38.13 FEET TO THE SOUTHEAST CORNER OF LOT 3, BLOCK C OF THE AFOREMENTIONED OTTONELLO SUBDIVISION; THENCE CONTINUING ALONG SAID RIGHT OF WAY NORTH 89°40'00" WEST 106.56 FEET TO A TANGENT CURVE TO THE RIGHT WITH A RADIUS OF 30.00 FEET AND A DELTA OF 90°52'00"; THENCE ALONG THE ARC A LENGTH OF 47.58 FEET; THENCE CONTINUING ALONG THE EASTERLY RIGHT OF WAY OF HILLTOP DRIVE NORTH 1°12'00" EAST 141.89 TO THE TRUE POINT OF BEGINNING.

APN 107-210-052

and

///

///

3

# EXHIBIT F

## (11794 Kobra Collateral)

All of Kobra's right, title and interest in and to (a) the 11794 Kobra Property (as specifically described below), together with all rights, privileges and appurtenances associated therewith and all buildings, fixtures and other improvements now or hereafter located thereon (whether or not affixed to such real estate); (b) all rents, issues, profits, royalties, income and other benefits derived from the 11794 Kobra Property and the 11794 Kobra Personal Property (as defined below); all leases or subleases covering the 11794 Kobra Property, the 11794 Kobra Personal Property or any portion thereof now or hereafter existing or entered into (collectively, "11794 Kobra Leases"), including, without limitation, all cash or security deposits, advance rentals and deposits or payments of similar nature and all guaranties relating to the 11794 Kobra Leases; all options to purchase or lease the 11794 Kobra Property, the 11794 Kobra Personal Property or any portion thereof or interest therein, and any greater estate in the 11794 Kobra Property or the 11794 Kobra Personal Property; all interests, estate or other claims, both in law and in equity, with respect to the 11794 Kobra Property and the 11794 Kobra Personal Property; all easements, rights-of-way and rights used in connection therewith or as a means of access thereto, and all tenements, hereditaments and appurtenances thereof and thereto, and all water rights and shares of stock evidencing the same; all land lying within the right-of-way of any street, open or proposed, adjoining the 11794 Kobra Property and any and all sidewalks, alleys and strips and gores of land adjacent to or used in connection with the 11794 Kobra Property; (c) all tangible personal property now or at any time hereafter located on or at the 11794 Kobra Property or used in connection therewith, including, without limitation, all machinery, furniture, equipment and inventory (collectively, the "11794 Kobra Personal Property"); (d) all existing and future accounts, contract rights, including, without limitation, with respect to equipment leases, general intangibles, files, books of account, agreements, franchise, license and/or area development agreements, distributor agreements, indemnity agreements, permits, licenses and certificates necessary or desirable in connection with the acquisition, ownership, leasing, construction, operation, servicing or management of the 11794 Kobra Property and the 11794 Kobra Personal Property or any portion thereof, whether now existing or entered into or obtained after the date hereof, all existing and future names under or by which the 11794 Kobra Property or the 11794 Kobra Personal Property or any portion thereof may at any time be operated or known, all rights to carry on business under any such names or any variant thereof, and all existing and future telephone numbers and listings, advertising and marketing materials, trademarks and goodwill in any way relating to the 11794 Kobra Property or the 11794 Kobra Personal Property or any portion thereof, including, without limitation, claims or demands with respect to the proceeds of insurance in effect with respect

thereto, claims under any indemnity agreement, including, without limitation, any indemnity agreement executed for the benefit of the 11794 Kobra Property and the 11794 Kobra Personal Property or any portion thereof with respect to hazardous materials, and any and all awards made for the taking by eminent domain, or by any proceeding or purchase in lieu thereof, of the whole or any part of the 11794 Kobra Property or the 11794 Kobra Personal Property, including, without limitation, any awards resulting from a change of grade of streets and awards for severance damages.

The 11794 Kobra Property is specifically described as follows:

THE LAND DESCRIBED HEREIN IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF NEVADA, UNINCORPORATED AREA, AND IS DESCRIBED AS FOLLOWS:

THAT CERTAIN PARCEL OF LAND SITUATED ON THE SOUTHEAST SIDE OF THE GRASS VALLEY NEVADA CITY HIGHWAY IN THE EAST HALF OF SECTION 23, TOWNSHIP 16 NORTH, RANGE 8 EAST, M.D.B. & M., PARTICULARLY DESCRIBED AS FOLLOWS, TO-WIT:

COMMENCING AT A POINT ON THE SOUTHEASTERLY LINE OF THAT CERTAIN PARCEL OF LAND AS CONVEYED BY THAT CERTAIN DEED EXECUTED BY RUTH FLOYD, A WIDOW TO C.H. TRUBSCHENCK, SR., AND J.L. STRICKLAND, DATED AUGUST 21, 1946 AND RECORDED IN BOOK 124 OF OFFICIAL RECORDS OF NEVADA COUNTY, PAGE 385, ET SEQ., FROM WHICH THE ONE-QUARTER SECTION CORNER ON THE EAST SIDE OF SAID SECTION 23 BEARS SOUTH 45 DEGREES 10' EAST 456.59 FEET; THENCE FROM SAID POINT OF COMMENCEMENT SOUTH 52 DEGREES 58' WEST 160.00 FEET TO THE SOUTHEASTERLY CORNER OF THAT CERTAIN PARCEL OF LAND CONVEYED BY C.K. TRUBSCHENCK, SR., ET AL, TO WAYNE THORNBERG, ET UX, IN DEED DATED JANUARY 3, 1948, THENCE RUNNING ALONG THE NORTHEASTERLY LINE OF SAID THORNBERG PROPERTY, NORTH 37 DEGREES 01' WEST 207.40 FEET TO A POINT ON THE SOUTHEASTERLY LINE OF SAID STATE HIGHWAY; THENCE ALONG SAID SOUTHEASTERLY LINE NORTH 53 DEGREES 03' EAST 22.13 FEET AND NORTH 52 DEGREES 50' EAST 137.87 FEET; THENCE LEAVING SAID LINE AND RUNNING SOUTH 37 DEGREES 01' EAST 207.69 FEET TO THE PLACE OF BEGINNING.

EXCEPTING THEREFROM THE MINERAL BELOW 100 FEET OF THE SURFACE AS CONVEYED BY THE DEED DATED SEPTEMBER 29, 1937, RECORDED NOVEMBER 1, 1937, IN BOOK 39, OF OFFICIAL RECORDS, PAGE 230, EXECUTED BY JESSIE HINDS AND E.G. HINDS, HER HUSBAND TO FRANK FINNEGAN.

ALSO EXCEPTING THEREFROM ALL THAT PORTION CONVEYED BY THE DEED DATED OCTOBER 24, 1980, RECORDED NOVEMBER 6, 1980, OFFICIAL RECORDS, DOCUMENT NO. 80-30894, EXECUTED BY NORTHERN CALIFORNIA FOOD SERVICES, INC., TO THE COUNTY OF NEVADA.

APN: 35-310-10

3.   Upon full payoff of Loan No. 000428133 f/k/a 11726 and 000428148 f/k/a 11794 in accordance with the lenders' payoff demands, the "ORDER ON PLAINTIFF'S MOTION FOR APPOINTMENT OF A POST-JUDGMENT RECEIVER TO MANAGE, MAINTAIN AND SELL" shall be deemed to be and is expunged from the County Record for both properties described above.

4.   Upon full payoff of Loan No. 000428133 f/k/a 11726 and 000428148 f/k/a 11794, this Order may be recorded in the Official Records of Shasta County and Nevada County to register (a) removal of both properties described above from the "Collateral" of the "ORDER ON PLAINTIFF'S MOTION FOR APPOINTMENT OF A POST-JUDGMENT RECEIVER TO MANAGE, MAINTAIN AND SELL" and (b) to register expungement of the "ORDER ON PLAINTIFF'S MOTION FOR APPOINTMENT OF A POST-JUDGMENT RECEIVER TO MANAGE, MAINTAIN AND SELL" from the record of both properties.

DATED: 1/30/2014                    /s/ John A. Mendez_____
                                    UNITED STATES DISTRICT COURT JUDGE

Submitted by:
___Saied Kashani____ Jan. 30, 2014
Saied Kashani
Attorney for KRP

6