Saied Kashani, SBN 144805
800 West 1st Street Suite 400
Los Angeles, California 90012
tel. (213) 625 4320
saiedkashani@gmail.com
Attorney for Defendant Kobra Restaurant Properties, LLC

Paul A. Warner (SBN 112168)
3001 Lava Ridge Court, Suite 300
Roseville, CA, 95661-2838
(916) 746-0645
(916) 746-0612 fax

Attorney for Defendants Kobra Restaurant Properties, LLC and Abolghassem Alizadeh

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION; CEF FUNDING II, L.L.C. and CEF FUNDING V, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TEN FORWARD DINING, INC.; DELIGHTFUL DINING, INC.; TGIA RESTAURANTS, INC.; KOBRA RESTAURANT PROPERTIES, L.L.C.; ABOLGHASSEM ALIZADEH; THE MECHANICS BANK; EQUITY LENDERS, LLC; APEX PROPERTY ADVISORS INC.; KEY REAL ESTATE EQUITY CAPITAL, INC.; COUNTY OF SACRAMENTO DEPARTMENT OF PUBLIC WORKS ADMINISTRATION; STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; UNITED STATES OF AMERICA; CITY OF CITRUS HEIGHTS; CITY OF ELK GROVE; CITY OF REDDING: CITY OF GRASS | Case No.  2:09-cv-03296 JAM AC<br><br>Assigned to Judge:<br>Hon. John A. Mendez, Ctrm 6<br><br>Assigned to Magistrate:<br>Hon. Allison Claire, Ctrm 26<br><br>**Stipulation and Order to Continue Hearing**<br><br>Date:        February 13, 2014<br>Time:       10:00 a.m.<br>Ctrm.:      6, 14th Floor<br>Judge:      Hon. John A. Mendez<br><br>Complaint Filed on:  November 25, 2009 |

VALLEY; COUNTY OF PLACER; COUNTY OF SACRAMENTO; COUNTY OF SHASTA; COUNTY OF NEVADA, and DOES 1 – 100, INCLUSIVE,

          Defendants.

## STIPULATION

WHEREAS, Defendant Kobra Restaurant Properties, LLC, ("KRP") filed a motion, Docket 197, and the Court set a hearing for evidence on that motion for February 13, 2014 at 10:00am;

WHEREAS, the parties have reached a resolution and executed a settlement agreement regarding the issues raised in KRP's motion;

IT IS HEREBY STIPULATED by and between Plaintiff, by and through its attorneys of record, KUTAK ROCK, LLP, by Lisa M. Peters, Esq., and the Defendant KRP, by and through their attorney of record, Paul A. Warner, Esq. (collectively, the "Parties") that:

The hearing currently scheduled for February 13, 2014, at 10:00am regarding Docket Number 207, be continued to March 26, 2014 at 9:30 a.m.

STIPULATED AND AGREED.

                                   Kutak Rock, LLP

Dated: February 7, 2014           ____/s/_____

                                   Lisa M. Peters, Esq.
                                   Attorneys for Plaintiff General Electric Capital
                                   Corporation; CEF Funding II, LLC and CEF
                                   Funding V, LLC

Dated: February 7, 2014                _____/s/_____

                                  PAUL A. WARNER, ESQ.
                                  Attorneys for Defendant Kobra Restaurant
                                  Properties, LLC

## **ORDER**

On reading the above-referenced Stipulation of the Parties hereto, and good cause appearing therefore:

IT IS HEREBY ORDERED as follows:

The hearing currently scheduled for February 13, 2014, at 10:00am regarding Docket Number 207, be continued to March 26, 2014 at 9:30 a.m.

Dated:  2/11/2014                /s/ John A. Mendez_____
                                  Hon. John A. Mendez
                                  U. S. District Court Judge