Bruce Cornelius, of Counsel - Bar #065525
Michael D. Mandell, of Counsel - Bar #209486
BELZER & MURRAY LLP
3650 Mt. Diablo Boulevard, Suite 180
Lafayette, California  94549
Telephone: 925-283-9977
Facsimile:  925-283-5192

Attorneys for Receiver
Bellann Raile

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION; CEF FUNDING II, L.L.C. and CEF FUNDING V, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TEN FORWARD DINING, INC.; et al.<br><br>Defendants. | Case No. 2:09-cv-03296-JAM-AC<br><br>**ORDER GRANTING MOTION OF BELLANN RAILE, RECEIVER, FOR APPROVAL OF FINAL ACCOUNT AND REPORT OF RECEIVER, FOR APPROVAL OF RECEIVER'S FEES AND ATTORNEY'S FEES FOR RECEIVER'S COUNSEL, FOR EXONERATION OF RECEIVER'S BOND AND FOR APPROVAL OF RECEIVER'S ACTIONS**<br><br>Date: May 21, 2014<br><br>Time:  9:00 a.m.<br><br>Courtroom: 6 - Judge Mendez |

The motion of Bellann Raile, Receiver, for an order approving the Final Report and Accounting of Bellann Raile, Receiver has been regularly set for hearing on May 21, 2014, in Department 6 of the above entitled Court, The Honorable John A. Mendez, Judge presiding.

The Court, having reviewed the pleadings in support of the motion, the records on file herein, having noted that no opposition to the Receiver's Motion or her Final Account has

1

been filed, and having further noted that all parties, through legal counsel have a approved a proposed form of order submitted by the Receiver in connection with the Motion, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1.  The Final Report and Accounting of Bellann Raile, Receiver, is approved, including, without limitation, all fees and expenses of the Receivership Estate reported therein;

2.  Receiver's fees and expenses in the sum of $29,292.70 are approved as previously paid from the Receivership Estate account, and an additional $8,820.00 for the Receiver's fees that remain unpaid are hereby approved to be paid from the Receivership Estate account, subject to Paragraph 4 of this Order below;

3.  Attorney's fees previously paid by the Receiver to her counsel in the amount of $7,066.25 are hereby approved and, remaining attorney's fees of $11,300.00 are approved and may be paid from the Receivership Estate, subject to Paragraph 4 of this Order below;

4.  The Receiver's accounting shows that she holds in the Receivership Estate the sum of approximately $42,338.96 in excess of monies necessary to pay all expenses and fees incurred by the Receivership Estate, save and except for the remaining professional fees of Receiver's attorney, and unpaid Receiver's fees.  Pursuant to an agreement reached by defendant Kobra Restaurant Properties, LLC and the Receiver, the Receiver shall disburse to Kobra Restaurant Properties, LLC the sum of **$25,250.00** from Receivership Estate assets in the form of check payable to "Law Office of Saied Kashani" and in no other manner.  The balance of the monies in the Receivership Estate account shall be disbursed by the Receiver for the payment of Receiver's fees and attorney's fees for Receiver's counsel in a manner to be determined by the Receiver and her attorney.

**IT IS FURTHER ORDERED** that all the actions taken and decisions rendered by the Receiver in administering the receivership estate in this proceeding are approved as being consistent with the powers and duties assigned to the Receiver by this Court's Orders.

**IT IS FURTHER ORDERED** that the Receiver is discharged from her duties as Receiver, and her bond is exonerated.

Dated: May 22, 2014            /s/ JOHN A. MENDEZ
                               Judge Mendez
                               United States District Court Judge

APPROVED AS TO FORM AND CONTENT:

/s/ Saied Kashani
Saied Kashani, attorney for
Kobra Restaurant Properties, LLC

KUTAK ROCK LLP

/s/ Lisa M. Peters
Lisa M. Peters,
attorneys for Plaintiffs

BELZER & MURRAY, LLP

/s/ Bruce Cornelius
Bruce Cornelius, of Counsel,    Attorneys for
Bellann Raile, Receiver