1  WHEN RECORDED RETURN TO:

2  Saied Kashani, SBN 144805
3  800 West 1st Street Suite 400
   Los Angeles, California  90012
4  tel. (213) 625 4320
   saiedkashani@gmail.com
5
   Attorney for Kobra Restaurant
6  Properties LLC

7

8                                    **APN 107-210-052 SHASTA COUNTY**
9
                                     **APN 035-310-010 NEVADA COUNTY**
10

11                      UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO
12

13 | GENERAL ELECTRIC CAPITAL          | Case No.  2:09-cv-03296 JAM
   | CORPORATION; CEF FUNDING II,     | EC
14 | L.L.C. and CEF FUNDING V, LLC,   |

15 |            Plaintiffs,            | Assigned to Judge:
                                       | Hon. John A. Mendez, Ctrm 6
16 | v.                                | Assigned to Magistrate:
                                       | Hon. Allison Claire, Ctrm 26
17 | TEN FORWARD DINING, INC.;        |
   | DELIGHTFUL DINING, INC.; TGIA    | **ORDER EXPUNGING RECEIVERSHIP**
18 | RESTAURANTS, INC.; KOBRA         | **ORDER FROM OFFICIAL RECORDS OF**
   | RESTAURANT PROPERTIES, L.L.C.;   | **SHASTA COUNTY AND NEVADA COUNTY**
19 | et al,                           |
20 |            Defendants.            | **THIS ORDER MAY BE RECORDED IN**
                                       | **OFFICIAL RECORDS, SHASTA COUNTY**
21                                     | **AND NEVADA COUNTY**

22

23

24

25

26

27

28

ORDER

**ORDER**

This Court orders as follows:

1. The "ORDER ON PLAINTIFF'S MOTION FOR APPOINTMENT OF A POST-JUDGMENT RECEIVER TO MANAGE, MAINTAIN AND SELL", issued by the United States District Court for the Eastern District of California (this court) on July 31, 2013 and recorded on December 11, 2013 in Official Records, Shasta County as Document No. 2013-42641, is hereby <u>expunged from the record in its entirety and has no force or effect</u>. The legal description of the real property at issue herein is attached as Exhibit A hereto.

2. That same "ORDER ON PLAINTIFF'S MOTION FOR APPOINTMENT OF A POST-JUDGMENT RECEIVER TO MANAGE, MAINTAIN AND SELL", issued by the United States District Court for the Eastern District of California (this court) on July 31, 2013 and also recorded on December 9, 2013 in Official Records, Nevada County as Document No. 2013-32241, is hereby <u>expunged from the record in its entirety and has no force or effect</u>. The legal description of the real property at issue herein is attached as Exhibit B hereto.

3. The receivership and all matters referenced in the aforementioned "ORDER ON PLAINTIFF'S MOTION FOR APPOINTMENT OF A POST-JUDGMENT RECEIVER TO MANAGE, MAINTAIN AND SELL" were terminated, exonerated and concluded by order of this Court on May 23, 2014.

///
///
///

```
 1        4.   This order may be recorded in the Official Records of
 2   Shasta County and Nevada County.
 3
 4        IT IS SO ORDERED.
 5
 6
 7   DATED: 2-16-2016                  _____
                                       UNITED STATES DISTRICT COURT
 8
 9
     Submitted by:
10      Saied Kashani     February 16, 2016
     Saied Kashani
11   Attorney for Kobra Restaurant Properties LLC
12
```

Exhibit A - Legal Description - Redding Property

THE LAND DESCRIBED HEREIN IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SHASTA, CITY OF REDDING, AND IS DESCRIBED AS FOLLOWS:

PARCEL 1:

LOTS 3 AND 4 OF BLOCK C OF THE OTTONELLO SUBDIVISION, BEING A PORTION OF THE EAST ONE-HALF OF THE NORTHEAST ONE QUARTER OF SECTION 6, TOWNSHIP 31 NORTH, RANGE 4 WEST, M.D.B.&M., AS THE SAME ARE DEPICTED AND DELINEATED ON THE MAP OF SAID SUBDIVISION ON FILE IN THE OFFICE OF THE COUNTY RECORDER OF SHASTA COUNTY, CALIFORNIA.

EXCEPTING THEREFROM THE FOLLOWING DESCRIBED PARCEL: BEGINNING AT THE SOUTHWEST CORNER OF SAID LOT 3 AND RUNNING THENCE NORTH 1 DEGREES 12 MINUTES EAST 172.54 FEET TO THE NORTHWEST CORNER OF LOT 4; THENCE SOUTH 88 DEGREES 48 MINUTES EAST 13.00 FEET; THENCE SOUTH 1 DEGREES 12 MINUTES WEST 141.88 FEET TO THE BEGINNING OF A TANGENT CURVE TO THE LEFT HAVING A RADIUS OF 30 FEET; THENCE ALONG SAID CURVE FOR AN ARC LENGTH OF 47.58 FEET THROUGH A CENTRAL ANGLE OF 90 DEGREES 52 MINUTES TO A POINT OF CUSP; THENCE NORTH 89 DEGREES 40 MINUTES WEST 43.46 FEET TO THE POINT OF BEGINNING.

PARCEL 2:

A PORTION OF THE EAST ONE-HALF OF THE NORTHEAST ONE-QUARTER OF SECTION 6, TOWNSHIP 31 NORTH, RANGE 4 WEST, M.D.B.&M., BEGINNING AT THE SOUTHEAST CORNER OF LOT 3, BLOCK C, OF OTTONELLO SUBDIVISION AS SHOWN ON THAT MAP RECORDED IN BOOK 6 OF MAPS AT PAGE 24 IN THE OFFICE OF THE SHASTA COUNTY RECORDER; THENCE FROM SAID POINT OF BEGINNING SOUTH 89 DEGREES 40 MINUTES EAST 179.73 FEET; THENCE NORTH 9 DEGREES 42 MINUTES 50 SECONDS EAST 169.40 FEET; THENCE NORTH 88 DEGREES 48 MINUTES WEST 204.79 FEET TO THE NORTHEAST CORNER OF LOT 4 BLOCK C, OTTONELLO SUBDIVISION; THENCE ALONG THE EAST LINE OF LOTS 4 AND 3, SOUTH 1 DEGREES 12 MINUTES WEST 170.27 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM ALL THAT PORTION CONVEYED TO BURGER KING CORPORATION, A FLORIDA CORPORATION, BY CORPORATION GRANT DEED DATED AUGUST 3, 1976, RECORDED AUGUST 25, 1976 IN VOLUME 1360, PAGE 612, OFFICIAL RECORDS OF SAID COUNTY.

APN 107-210-052

Exhibit B - Legal Description - Grass Valley

THE LAND DESCRIBED HEREIN IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF NEVADA, UNINCORPORATED AREA, AND IS DESCRIBED AS FOLLOWS:

THAT CERTAIN PARCEL OF LAND SITUATED ON THE SOUTHEAST SIDE OF THE GRASS VALLEY NEVADA CITY HIGHWAY IN THE EAST HALF OF SECTION 23, TOWNSHIP 16 NORTH, RANGE 8 EAST, M.D.B. & M., PARTICULARLY DESCRIBED AS FOLLOWS, TO-WIT:

COMMENCING AT A POINT ON THE SOUTHEASTERLY LINE OF THAT CERTAIN PARCEL OF LAND AS CONVEYED BY THAT CERTAIN DEED EXECUTED BY RUTH FLOYD, A WIDOW TO C.H. TRUBSCHENCK, SR., AND J.L. STRICKLAND, DATED AUGUST 21, 1946 AND RECORDED IN BOOK 124 OF OFFICIAL RECORDS OF NEVADA COUNTY, PAGE 385, ET SEQ., FROM WHICH THE ONE-QUARTER SECTION CORNER ON THE EAST SIDE OF SAID SECTION 23 BEARS SOUTH 45 DEGREES 10' EAST 456.59 FEET; THENCE FROM SAID POINT OF COMMENCEMENT SOUTH 52 DEGREES 58' WEST 160.00 FEET TO THE SOUTHEASTERLY CORNER OF THAT CERTAIN PARCEL OF LAND CONVEYED BY C.K. TRUBSCHENCK, SR., ET AL, TO WAYNE THORNBERG, ET UX, IN DEED DATED JANUARY 3, 1948, THENCE RUNNING ALONG THE NORTHEASTERLY LINE OF SAID THORNBERG PROPERTY, NORTH 37 DEGREES 01' WEST 207.40 FEET TO A POINT ON THE SOUTHEASTERLY LINE OF SAID STATE HIGHWAY; THENCE ALONG SAID SOUTHEASTERLY LINE NORTH 53 DEGREES 03' EAST 22.13 FEET AND NORTH 52 DEGREES 50' EAST 137.87 FEET; THENCE LEAVING SAID LINE AND RUNNING SOUTH 37 DEGREES 01' EAST 207.69 FEET TO THE PLACE OF BEGINNING.

APN 35-310-10

4